IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Kelvin

Printed: 10/22/08

Case Number: 08 B 04169
Judge: Hollis, Pamela S
Filed: 2/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 8, 2008
Confirmed: April 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 1,193.75 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 349.00 |
| Trustee Fee: |  | 107.25 |
| Other Funds: |  | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 349.00 | 349.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 27,013.48 | 1,193.75 |
| 4. | Commonwealth Edison | Unsecured | 1,054.79 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 2,146.19 | 0.00 |
| 6. | Elan Financial Services | Unsecured | 4,636.95 | 0.00 |
| 7. | Capital One | Unsecured | 561.52 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,422.12 | 0.00 |
| 9. | HFC | Unsecured | 6,998.74 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 6,904.45 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,479.38 | 0.00 |
| 12. | US Employees Credit Union | Unsecured | 6,658.40 | 0.00 |
| 13. | Capital One | Unsecured | 435.07 | 0.00 |
| 14. | CarMax Auto Finance | Secured | | No Claim Filed |
| 15. | NAFS | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | CarMax Auto Finance | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Sears | Unsecured | | No Claim Filed |
| | | | $ 59,660.09 | $ 1,542.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 107.25 |
| | $ 107.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jackson, Kelvin

Printed: 10/22/08

Case Number:  08 B 04169
Judge:  Hollis, Pamela S
Filed:  2/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

